# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ROBERT BENCHOFF, | : | No. 43 MAP 2017 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court dated July 13, |
| | : | 2017 at No. 110 MD 2017 |
| v. | : | |
| | : | |
| | : | |
| PA. DEPT. OF CORR., | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**                                              **DECIDED: June 1, 2018**

AND NOW, this 1st day of June, 2018, the order of the Commonwealth Court is hereby **AFFIRMED**.

Justice Wecht files a concurring statement.